NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELADIO T. ELIZAGARATE, DOC #096130, )
)
        Petitioner, )
)
v. )     Case No. 2D18-4957
)
T. POYNTER, and DEPARTMENT OF )
CORRECTIONS, )
)
)
        Respondents. )
_____ )

Opinion filed November 20, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Pasco County; Linda Babb Judge.

Eladio T. Elizagarate, pro se

Beverly Brewster,
Assistant General Counsel, Department of
Corrections, Tallahassee, for Respondent.


PER CURIAM.


        Denied.


MORRIS, BLACK, and LUCAS, JJ., Concur.